IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN M. NOLAN, JR.** : | |
|    **Plaintiff,** : | |
| : | CIVIL ACTION NO. 02-CV-2805 |
| **v.** : | |
| : | |
| **READING BLUE MOUNTAIN &** : | |
| **NORTHERN RAILROAD CO.** : | |
|    **Defendant** : | |

## ORDER

**AND NOW**, this 21st day of October 2002, upon consideration of Defendant's Petition for the Reassignment For Trial and Pretrial Procedures to a Judge Stationed in Reading, Allentown or Easton (Doc. 4), **IT IS HEREBY ORDERED and DECREED** that the Petition is **DENIED**.

                                                **BY THE COURT:**

                                                _____

                                                **Hon. Petrese B. Tucker, U.S.D.J.**