**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO. 02-CV-2805** |
| **v.** | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD CO.** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, this 21st day of October 2002, upon consideration of Plaintiff's Renewed Request for Default Judgment filed on September 10, 2002 (Doc. 3) and Defendant's Response thereto (Doc. 7), **IT IS HEREBY ORDERED and DECREED** that the Petition is **DENIED**.

**BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**