IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.** | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. 02-CV-2805 |
| v. | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD CO.** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this 21st day of October 2002, upon consideration of Plaintiff's Request for Default Judgment filed on September 6, 2002 (Doc. 2) and Defendant's Response thereto (Doc. 6), **IT IS HEREBY ORDERED and DECREED** that the Petition is **DENIED**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**