IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN M. NOLAN, JR.** : | |
|    Plaintiff, : | |
| : | CIVIL ACTION NO. 02-CV-2805 |
| v. : | |
| : | |
| **READING BLUE MOUNTAIN &** : | |
| **NORTHERN RAILROAD CO.** : | |
|    Defendant : | |

## ORDER

**AND NOW**, this 21st day of October 2002, upon consideration of Defendant's Motion to Set Aside Default Judgment (Doc. 6), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED AS MOOT**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**