IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN M. NOLAN, JR. | : | CIVIL ACTION NO. 02-CV-2805 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| READING BLUE MOUNTAIN & | : | |
| NORTHERN RAILROAD CO. | : | |
| Defendant. | : | TRIAL BY JURY DEMANDED |

## INITIAL DISCLOSURES OF DEFENDANT, READING, BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, INC.

Pursuant to F.R.C.P. 26 (a)(1), Defendant, Reading, Blue Mountain and Northern Railroad make the following disclosures:

1. The following employees of Defendant have knowledge of the facts set forth in Defendant's Answer to Complaint with Affirmative Defenses:

    A.  Tyler Glass;

    B.  Heather Davidheiser;

    C.  Therman Maderia; and

    D.  Phillip Geschwindt.

2. Each of the names persons may be contacted through counsel for Defendant.

Respectfully Submitted,

_____
Paul R. Ober, Esquire
Attorney for Defendant
Reading, Blue Mountain
and Northern