# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD CO.** | : | NO. 02-CV-2805 (PBT) |
| Defendant. | : | |

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

**I.    APPLICANT'S STATEMENT**

I, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| Delaware | November 26, 1974 | 243 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions

| U.S. Supreme Court | March 6, 1978 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Fifth Circuit | March 7, 1978 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Third Circuit | April 2, 1978 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Ninth Circuit | June 4, 1980 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Seventh Circuit | December 13, 1985 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| D.C. Circuit | February 28, 1992 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Sixth Circuit | May 15, 1978 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Fourth Circuit | July 26, 1993 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| District of Delaware | November 28, 1974 | N/A |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

_____    Thomas Stephen Neuberger, Esquire    _____
(Applicant's Signature)    (Applicant's Name Please Print)                (Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Address:            Thomas S. Neuberger, P.A.
                    Two East Seventh Street, Suite 302
                    Wilmington, Delaware 19801-3707

Telephone:          (302) 655-0582
FAX:                (302) 655-9329
E-Mail Address:     TSN@NeubergerLaw.com

**II.     SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE**

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Thomas Stephen Neuberger, Esquire to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

<u>John M. LaRosa, Esquire</u>
(Sponsor's Name Please Print)                    (Sponsor's Signature)

<u>85339</u>
(PA Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

    Address:            Law Office of John M. LaRosa
                           Two East 7th Street, Suite 302
                            Wilmington, Delaware 19801-3707

    Telephone:          (302) 888-1290
    FAX:                (302) 655-9329
    E-Mail Address:     JMCLaRosa@aol.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Thomas Stephen Neuberger, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

>Michael W. Horner, Esquire
>White and Williams LLP
>1800 One Liberty Place
>Philadelphia, PA 19103

>Paul R. Ober, Esquire
>Paul R. Ober & Associates
>234 North 6th Street
>Reading, PA 19601

**LAW OFFICE OF JOHN M. LaROSA**

_____

**JOHN M. LaROSA**
Pa. S.C. No. 85339
Two East 7th Street, Suite 302
Wilmington, Delaware 19801
(302) 888-1290

Attorney for Plaintiff John M. Nolan, Jr.

**THOMAS STEPHEN NEUBERGER**
Name of Moving Party

_____
Date

cc:   Thomas Stephen Neuberger, Esquire
      John M. Nolan, Jr.

Attorney Files/John's Files/Client Files/Nolan/Pro Hac Vice Motion

i

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD CO.** | : | NO. 02-CV-2805 (PTB) |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ Day of _____, 200__, it is hereby ORDERED that the application of Thomas Stephen Neuberger, Esquire, to appear as counsel for Plaintiff John M. Nolan, Jr., and to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____
**PETRESE B. TUCKER, J.**

Attorney Files/John/Client/Nolan/Pleadings/Motions/Pro Hac Vice Motion

i