IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN M. NOLAN, JR.**     : | |
|      Plaintiff,     : | |
|     : | **CIVIL ACTION NO. 02-CV-2805** |
| v.     : | |
|     : | |
| **READING BLUE MOUNTAIN &**     : | |
| **NORTHERN RAILROAD CO.**     : | |
|      Defendant     : | |

# ORDER

**AND NOW**, this 14th day of August 2003, upon consideration of the Motion for Pro Hac Vice Admission of Thomas Stephen Neuberger (Doc. 18), **IT IS HEREBY ORDERED** that Motion is **GRANTED**. Thomas Stephen Neuberger is admitted to appear Pro Hac Vice in this Court and may participate actively in all proceedings on behalf of the Plaintiff for the duration of the above-captioned litigation.

BY THE COURT:

_____

**Hon. Petrese B. Tucker, U.S.D.J.**