**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.** | : | |
|     Plaintiff, | : | |
| | : | **CIVIL ACTION NO. 02-CV-2805** |
| v. | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD CO.** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this 3rd day of December 2003, **IT IS HEREBY ORDERED and DECREED** that this matter is referred to Magistrate Judge Caracappa for a settlement conference. Plaintiff's Counsel shall contact Judge Caracappa for the date and time. All deadlines under the scheduling order are stayed until after the settlement conference. The deadlines will be rescheduled thereafter if necessary.

                                          **BY THE COURT:**

                                          _____

                                          **Hon. Petrese B. Tucker, U.S.D.J.**