IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR | : NO. 02-CV-2805 (PBT) |
| Plaintiff, | : |
| v. | : |
| | : Electronically Filed |
| READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

The undersigned Ralph E. Lamar, IV, hereby enters his appearance as co-counsel for the plaintiff in the captioned matter.

>  *s/Ralph E. Lamar, IV*
>  RALPH E. LAMAR, IV.
>  Attorney I.D. No.  78974
>  141 Spruce Lane
>  Collegeville, PA 19426
>  (610) 831-5181

## **CERTIFICATE OF SERVICE**

I, Ralph E. Lamar, IV, Esquire, hereby certify that on this the 9th day of March, 2004, caused a true and correct copy of Ralph Lamar's Entry of Appearance on Behalf of Plaintiff to be served today by e-mail or by depositing a copy in the U.S. Mail for first class delivery upon Counsel for Defendants at the addresses listed below:

>Robert G. Devine
>Michael W. Horner
>White & Williams
>1800 One Liberty Place
>Philadelphia, PA 19103
>
>Paul R. Ober
>Ann Perige
>Paul Ober & Associates
>234 N. 6th Street
>Reading, PA 19601
>
>By: *s/Ralph E. Lamar, IV, Esq.*
>    RALPH E. LAMAR, IV, ESQUIRE
>    Attorney for Plaintiff