IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN NOLAN**<br>    **Plaintiff,**<br><br>        v.<br><br>**BLUE MOUNTAIN & NORTHERN**<br>**RAILROAD CO.**<br>    **Defendant.** | CIVIL ACTION<br><br>NO. 02-2805 |

### AMENDED SCHEDULING ORDER

AND NOW, this ___ of November, 2004, the Court amends the Scheduling Order of April 11, 2003 (Doc. 15), as follows:

1. All non-dispositive motions shall be filed and served on or before **Monday, November 22, 2004**. All responses filed in opposition shall be filed and served on or before **Monday, December 6, 2004**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

2. The case will be <u>placed</u> on the court's trial list on **Monday, March 7, 2005**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

1