IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.,** | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **READING BLUE MOUNTAIN &** | : | |
| **NORTHERN RAILROAD COMPANY,** | : | |
| | : | |
| Defendant. | : | NO. 02-CV-2805 (PBT) |

## AMENDED CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on December 20, 2004, I caused one (1) copy of the foregoing **PLAINTIFF'S ANSWERING BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be sent via fax and on December 21, 2004, I caused two (2) copies of the foregoing **PLAINTIFF'S ANSWERING BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** and one (1) copy of the appendix thereto to be sent via first class U.S. mail, postage prepaid to the following:

> Robert G. Devine, Esquire
> Michael W. Horner, Esquire
> White and Williams LLP
> 1800 One Liberty Place
> Philadelphia, PA 19103
>
> Paul R. Ober, Esquire
> Paul R. Ober & Associates
> 234 North 6th Street
> Reading, PA 19601

**LAW OFFICE OF JOHN M. LaROSA**

        /s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Pa. S.C. No. 85339
Two East 7th Street, Suite 302
Wilmington, Delaware 19801
(302) 888-1290
JohnMLaRosa@Earthlink.net

Attorney for Plaintiff John M. Nolan, Jr.

cc: Ralph V. Lamar, IV, Esquire
    Thomas S. Neuberger, Esquire
    Mr. John M. Nolan, Jr.