IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN NOLAN**<br>        **Plaintiff,**<br><br>        vs.<br><br>**READING BLUE MOUNTAIN &**<br>**NORTHERN RAILROAD CO.**<br>        **Defendant.** | **CIVIL ACTION**<br><br>**NO. 02-2805** |

### ORDER

     **AND NOW**, this _____ day of March, 2005, upon consideration of Defendant's Motion for Summary Judgment (Doc. 27), Plaintiff's response thereto (Doc. 31), and oral argument held before this Court, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

     **IT IS FURTHER ORDERED THAT** the above-captioned case shall proceed to trial on June 20, 2005.[1]

                                   **BY THE COURT:**

                                   **_____**
                                   **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Previously, the case was given a trial pool date of May 9, 2005.