IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN NOLAN** | **CIVIL ACTION** |
| **Plaintiff,** | |
| | **NO. 02-2805** |
| vs. | |
| | |
| **READING BLUE MOUNTAIN &** | |
| **NORTHERN RAILROAD CO.** | |
| **Defendant.** | |

## NOTICE OF TRIAL

    Please be advised that the above-captioned matter will be called for trial before the Honorable Petrese B. Tucker on **Monday, August 8, 2005 at 9:30 a.m**. Please consult this Court's Scheduling Order for all pre-trial submission deadlines.

    Counsel will not be required to commence trial less than 24 hours after completing trial in another case.

    If you have any questions relating to any of the above please contact me at 267-299-7612.

                                **FOR THE COURT:**

                                **Alisa Ross**
                                **Deputy Clerk to Judge Petrese B. Tucker**

copies to:
John LaRosa, Esq.
Michael Horner, Esq.


Date issued: April 25, 2005