Schedule (4)
Plaintiff's Potential Witnesses

(w) indicates witness *will* be called in the absence of reasonable notice to opposing counsel to the contrary
(m) indicates witness *may* be called as a possibility only

A.  Liability

1. (w) Plaintiff John M. Nolan, Jr., 894 Marker Drive, West Chester, Pennsylvania 19382-5507 (on liability and damages).

2. (w) Tyler Glass, 4400 Kutztown Road, Temple, PA 19560 (as on cross).

3. (w) Daren Geschwindt, 54 S. 3rd Street, Hamburg, PA 19526 (as on cross).

4. (w) Michael Kolbe, 47 N. Berne Street, Schuylkill Haven, PA 17972 (as on cross).

5. (w) Michael Bischak, 778 Main Street, Simpson, PA 18407 (as on cross).

6. (w) Christopher Bost, 440 Kutztown Road, Temple, PA 19560 (as on cross).

7. (m) Chad Frederickson, RD2 Box 116-A, Tamaqua, PA 18252 (as on cross).

8. (m) Michael Creedon, 10 Sonny Drive, Olde Forge, PA 18918 (as on cross).

9. (m) William Riegle, Jr., 433 Nichols Street, Pottsville, PA 17901 (as on cross).

10. (w) Wayne Weikel, 2119 Fairview Street, West Lawn, PA 19609.

B.  Damages

12. (w) Thomas C. Borzilleri, Ph.D., 6701 Democracy Blvd., Suite 300, Bethesda, MD. Expert witness on economic losses (by video deposition).

Plaintiff reserves the right to call any of Defendant's witnesses.