**Schedule (5)**
**Plaintiff's Exhibits to Be Offered at Trial**

| Plaintiff's Exhibit No. | Bates Label No. | Description | Defendants' Basis for Objection | Plaintiff's Response to Objection |
|---|---|---|---|---|
| PX1 | A13 | Letter of 1/14/93 from President T. Madeira to J. Nolan admitting that Plaintiff's "dedication and loyalty to the company is certainly a credit to you." | | |
| PX2 | A120, 126-27 | Payroll Status Change forms dated<br>• 2/97 changing Plaintiff's pay rate from $7.50/hour to $11.50/hour,<br>• 2/15/99 indicating that Plaintiff was a conductor/engineer for Reading Operations, and<br>• 12/20/99 changing Plaintiff's conductor pay rate from $14.04 to $15.60/hour | | |
| PX3 | RBM130 | Employee Interview Questionnaire of 3/19/97 by J. Nolan indicating that safety is "First & Foremost" | | |
| PX4 | A1 | Pennsylvania Driver's License of J. Nolan issued 5/5/97 indicating his birth date is 5/16/38 | | |
| PX5 | A158 | Locomotive Engineer Certificate (Student License) for J. Nolan issued 6/18/97 | | |

| | | | | |
|---|---|---|---|---|
| PX6 | RBM27 | Letter of 6/30/97 from CEO, Chairman A. Muller, Jr. to J. Nolan admitting that he "appreciate[d Plaintiff's] service and dedication." | | |
| PX7 | RBM29 | Letter of 9/11/98 from CEO, Chairman A. Muller, Jr. to J. Nolan recognizing Plaintiff's "good safety performance and concern for th[e] company [and his] service and dedication." | | |
| PX8 | RBM49-52 | Reading Blue Mountain and Northern Railroad Company Locomotive Engineer Qualification Program Train Handling Performance Examination Initial Certification (Student Engineer Final) completed by Superintendent of Operating Rules T. Glass of 1/15/99 admitting that Plaintiff "has [a] great attitude" and is "very safety minded[.]" | | |
| PX9 | RBM 138, 81-85 | Engineer Trainee Log for J. Nolan (4/10/97-1/20/99) | | |
| PX10 | A2 | Locomotive Engineer Certificate (Train Service License) for J. Nolan issued 2/12/99 | | |
| PX11 | A20 | Note by J. Nolan of 4/6/99 documenting Joe Abdo's statement that Plaintiff could not work on the Lehigh Division at all. | | |

| | | | | |
|---|---|---|---|---|
| PX12 | RBM31 | Letter of 5/13/99 from CEO, Chairman A. Muller, Jr. to J. Nolan admitting that he "appreciate[d Plaintiff's] service and dedication." | | |
| PX13 | A5 | Letter of 2/21/00 from General Manager T. Glass and HR Manager C. Muller to J. Nolan admitting that Plaintiff "showed [his] dedication by reporting to work as scheduled" during "the winter storm on January 25, 2000[.]" | | |
| PX14 | RBM34 | Letter of 2/29/00 from CEO, Chairman A. Muller, Jr. to J. Nolan recognizing Plaintiff's "good safety performance and concern for th[e] company [and his] service and dedication." | | |
| PX15 | P218 | Note by J. Nolan of 7/13/00 @ 5:55 p.m. documenting T. Glass' comment that "With that big pension you get from Scott you can afford the hours." | | |
| PX16 | RBM141-155 | Schedule of Duty for J. Nolan (1/9/97-7/31/00) | | |
| PX17 | RBM247-260 | Schedule of Duty for M. Canfield, W. Riegle, and J. Norman (½/99-8/2/00) | | |
| PX18 | RBM202-209 | Schedule of Duty for Other Engineers (7/3/00-8/10/00) | | |
| PX19 | RBM184 | Chart of Lehigh and Reading Division Qualified Engineers | | |

| PX20 | A21-22 | Termination Letter of 8/2/00 from General Manager T. Glass to J. Nolan and Payroll Status Change Form | | |
| PX21 | Cover Letter and RBM140 | Letter of 10/29/03 from M. Horner to J. LaRosa and Chart of Engineers, their Birth Date, and Pay Rate as of 8/1/00 | | |
| PX22 | P216-17 | Letter of 7/11/03 from M. Horner to J. LaRosa admitting that "Mr. Frederickson and Mr. Bischak work out of defendant's Pittston location which is well over 100 miles from West Chester." | | |
| PX23 | A92-95, 99-101, 104-108, 110-112 and P210, P212-14 | Damages Evidence: Plaintiff's W-2s (1997-2002) | | |
| PX24 | A37-91 and P192-209 | Damages Evidence: Plaintiff's Income Tax Returns (1998-2002) | | |
| PX25 | A102, 113, 168-73 and P211 | Damages Evidence: Plaintiff's IRA Interest (1999-2202) | | |

| | | | | |
|---|---|---|---|---|
| PX26 | A96-98, 103, 109 | Damages Evidence: Plaintiff's Savings Account Interest Income (1998-2000) | | |
| PX27 | A114 | Damages Evidence: Plaintiff's Social Security Benefit Statement | | |
| PX28 | RBM239-246 and A129-155, 245-250 | Damages Evidence: Railroad Retirement Documents | | |
| PX29 | A156, 219, 221-22, 226-28, 230-244 | Mitigation Evidence: Plaintiff's Job Search Documents | | |
| PX29 | A159, 162, 223-25 | Mitigation Evidence: CSX Documents | | |
| PX30 | A157 | Mitigation Evidence: SMS Rail Service 2002-04 Locomotive Engineer Certificate for J. Nolan issued 3/26/02 | | |