Schedule (5a)
Plaintiff's
Demonstrative Evidence and Experiments

| Plaintiff's Exhibit No. | Description | Defendant's Basis for Objection | Plaintiff's Response to Objection |
|---|---|---|---|
| A | Courtboard enlargement of PX 15 (P218): Note by J. Nolan of 7/13/00 @ 5:55 p.m. documenting T. Glass' comment that "With that big pension you get from Scott you can afford the hours." | | |
| B | Courtboard enlargements of any other numbered exhibits | | |
| C | Courtboard of Composition of Defendant's Workplace By Age on August 2, 2000 | | |
| D | Courtboard of Younger Comparators: Conductors, Trainees, and Engineers | | |
| E | Courtboard of Reading Blue Mountain & Northern Railroad System Map | | |
| F | Courtboard of Pennsylvania Map including West Chester, Port Clinton, and Pittston | | |
| G | Courtboard of Fuentes Prong One evidence found in plaintiff's summary judgment answering brief | | |
| H | Courtboard of Fuentes Prong Two evidence found in plaintiff's summary judgment answering brief | | |

**Defendant's
Demonstrative Evidence and Experiments**

| Defendant's Exhibit Number | Description | Defendant's Basis for Objection | Plaintiff's Response to Objection |
|---|---|---|---|
| A | TO BE SUPPLIED | | |
| B | | | |
| C | | | |
| D | | | |