IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR | : NO. 02-CV-2805 (PBT) |
| Plaintiff, | : |
| v. | : |
| | : Electronically Filed |
| READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, | : |
| Defendant. | : |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT THAT DEFENDANT COULD NOT LEGALLY CHANGE THE TERMS OF MICHAEL BISCHAK'S EMPLOYMENT**

COMES NOW JOHN H. NOLAN, JR., plaintiff herein, and files this, his motion in limine to exclude any evidence and argument that the employer could not change the terms of Michael Bischak's employment for the reasons as set forth in the attached memorandum of law.

This 27th day of July, 2005.

                                            *s/Ralph E. Lamar, IV*_____
                                            Ralph E. Lamar, IV
                                            PA State Bar No. 78974
                                            Attorney for Plaintiff
                                            141 Spruce Lane
                                            Collegeville, PA 19426
                                            (610) 831-5181
                                            (610) 831-0680 facsimile
                                            ralph.lamar@verizon.net

Case 2:02-cv-02805-PBT     Document 39     Filed 07/27/2005     Page 2 of 3

## CERTIFICATE OF SERVICE

I, Ralph E. Lamar, IV, Esquire, hereby certify that on this the 27th day of July, 2005, caused a true and correct copy of the attached pleading to be served today upon Counsel for Defendant via electronic mail:

>Robert G. Devine
>Michael W. Horner
>White & Williams
>1800 One Liberty Place
>Philadelphia, PA 19103
>
>Paul R. Ober
>Ann Perige
>Paul Ober & Associates
>234 N. 6th Street
>Reading, PA 19601

>By: *s/Ralph E. Lamar, IV*_____
>RALPH E. LAMAR, IV, ESQUIRE
>Attorney for Plaintiff