IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR | : NO. 02-CV-2805 (PBT) |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Electronically Filed |
| READING BLUE MOUNTAIN & | : |
| NORTHERN RAILROAD | : |
| COMPANY, | : |
| | : |
| Defendant. | : |

## **ORDER**

Having considered plaintiff's motion in limine to exclude argument and evidence that Defendant could not legally change the terms of Michael Bischak's employment, and the response by defendant, and having found good cause for same, it is hereby ordered and adjudged, that plaintiff's motion is GRANTED.

This _____ day of _____, 2005.

_____
U.S. District Judge
Petrese B. Tucker