IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR | : NO. 02-CV-2805 (PBT) |
| Plaintiff, | : |
| v. | : |
| | : Electronically Filed |
| READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, | : |
| Defendant. | : |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT THAT PLAINTIFF HAS NOT PURSUED A CLAIM FOR EMOTIONAL DISTRESS DAMAGES**

COMES NOW JOHN H. NOLAN, JR., plaintiff herein, and files this, his motion in limine to exclude any evidence and argument that he has failed to pursue a claim for emotional distress damages for the reasons as set forth in the accompanying memorandum of law.

This 27th day of July, 2005.

                                            *s/Ralph E. Lamar, IV*_____
                                            Ralph E. Lamar, IV
                                            PA State Bar No. 78974
                                            Attorney for Plaintiff
                                            141 Spruce Lane
                                            Collegeville, PA 19426
                                            (610) 831-5181
                                            (610) 831-0680 facsimile
                                            ralph.lamar@verizon.net

## CERTIFICATE OF SERVICE

I, Ralph E. Lamar, IV, Esquire, hereby certify that on this the 27th day of July, 2005, caused a true and correct copy of the attached pleading to be served today upon Counsel for Defendant via electronic mail:

>Robert G. Devine
>Michael W. Horner
>White & Williams
>1800 One Liberty Place
>Philadelphia, PA 19103
>
>Paul R. Ober
>Ann Perige
>Paul Ober & Associates
>234 N. 6th Street
>Reading, PA 19601

>By: *s/Ralph E. Lamar, IV*_____
>RALPH E. LAMAR, IV, ESQUIRE
>Attorney for Plaintiff