IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR<br><br>    Plaintiff,<br>v.<br><br>READING BLUE MOUNTAIN &<br>NORTHERN RAILROAD<br>COMPANY,<br><br>    Defendant. | : NO. 02-CV-2805 (PBT)<br>:<br>:<br>:<br>: Electronically Filed<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE THAT HIS COUNSEL FORMERLY
REPRESENTED WAYNE WEIKEL IN AN
<u>ADMINISTRATIVE CHARGE AGAINST DEFENDANT</u>**

COMES NOW JOHN H. NOLAN, JR., plaintiff herein, and files this, his motion in limine to exclude any evidence and argument that his counsel, John LaRosa formerly represented Wayne Weikel in an administrative charge he filed against Defendant for the reasons as set forth in the attached memorandum of law.

This 28th day of July, 2005.

                                                 <u>*s/Ralph E. Lamar, IV*</u>
                                               Ralph E. Lamar, IV
                                               PA State Bar No. 78974
                                               Attorney for Plaintiff
                                               141 Spruce Lane
                                               Collegeville, PA 19426
                                               (610) 831-5181
                                               (610) 831-0680 facsimile

ralph.lamar@verizon.net

## CERTIFICATE OF SERVICE

I, Ralph E. Lamar, IV, Esquire, hereby certify that on this the 28th day of July, 2005, caused a true and correct copy of the attached pleading to be served today upon Counsel for Defendant via electronic mail:

> Robert G. Devine
> Michael W. Horner
> White & Williams
> 1800 One Liberty Place
> Philadelphia, PA 19103
>
> Paul R. Ober
> Ann Perige
> Paul Ober & Associates
> 234 N. 6th Street
> Reading, PA 19601
>
> By: *s/Ralph E. Lamar, IV*_____
> RALPH E. LAMAR, IV, ESQUIRE
> Attorney for Plaintiff