IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. NOLAN, JR | : NO. 02-CV-2805 (PBT) |
| Plaintiff, | : |
| v. | : |
| | : Electronically Filed |
| READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, | : |
| Defendant. | : |

## **ORDER**

Having considered plaintiff's motion in limine to exclude evidence that his counsel, John LaRosa, formerly represented Wayne Weikel in an administrative charge he filed against Defendant, and the response by defendant, and having found good cause for same, it is hereby ordered and adjudged, that plaintiff's motion is GRANTED.

This _____ day of _____, 2005.

_____
U.S. District Judge
Petrese B. Tucker