# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. NOLAN, JR.,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| v. | : | |
| **READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY,** | : | |
| **Defendant.** | : | NO. 02-CV-2805 (PBT) |

## CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on August 1, 2005, I caused two (2) copies of the foregoing **PLAINTIFF'S SUMMARY OF CONTENTIONS** to be sent via e-mail to the following:

>Robert G. Devine, Esquire
>Michael W. Horner, Esquire
>White and Williams LLP
>1800 One Liberty Place
>Philadelphia, PA 19103
>(215) 864-7123 (fax)
>deviner@whiteandwilliams.com
>hornerm@whiteandwilliams.com
>
>Paul R. Ober, Esquire
>Paul R. Ober & Associates
>234 North 6th Street
>Reading, PA 19601
>(610) 378-9712 (fax)
>paul@oberandassociates.com

                    **LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Pa. S.C. No. 85339
Two East 7th Street, Suite 302
Wilmington, Delaware 19801
(302) 888-1290
JLR@LaRosaLaw.com

Attorney for Plaintiff John M. Nolan, Jr.

cc:    Ralph V. Lamar, IV, Esquire
        Thomas S. Neuberger, Esquire
        Mr. John M. Nolan, Jr.