IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN NOLAN** <br> **Plaintiff,** <br> <br> vs. <br> <br> **READING BLUE MOUNTAIN &** <br> **NORTHERN RAILROAD CO.** <br> **Defendant.** | **CIVIL ACTION** <br> <br> **NO. 02-2805** |

## ORDER

**AND NOW**, this _____ of August, 2005, upon consideration of Defendant's counsel notice regarding case settlement, **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the clerk of the court shall **TERMINATE** the outstanding motions (Docs. 39, 41, 43) and mark the case **CLOSED**.

**BY THE COURT**:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."